UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MAJI KEMP** and **DENIENE KING**,

                Plaintiffs,

    vs.                                                  No. 2:13-CV-11334
                                                         Hon. Gerald E. Rosen

**THI OF MICHIGAN AT DETROIT LLC
d/b/a HOSPICE COMPASSUS** and **CLP
HEALTHCARE SERVICES, INC. d/b/a
HOSPICE COMPASSUS**,

                Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION GRANTING DEFENDANTS' MOTION TO
DISMISS PLAINTIFF KING'S CLAIMS**

      On February 7, 2014, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation (R & R) recommending that this Court: (1) grant Defendants' Motion to Dismiss Plaintiff King's claims; and (2) deny Plaintiffs' Motion to Compel Defendants' Complete Responses to Discovery as moot. (R & R, Dkt. # 47). No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying motions and briefs, and the record as a whole, the Court fully concurs with the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      For all of the foregoing reasons,

IT IS HEREBY ORDERED that the Magistrate Judge's February 7, 2014 Report and Recommendation [Dkt. # 47] is hereby ADOPTED by this Court;

IT IS FURTHER ORDERED that for the reasons stated in the R & R, Defendants' Motion to Dismiss Plaintiff King's Claims [Dkt. # 17] is GRANTED; and

IT IS FURTHER ORDERED that for the reasons stated in the R & R, Plaintiffs' Motion to Compel Defendants' Complete Responses to Discovery [Dkt. # 27] is DENIED.

**IT IS SO ORDERED.**

Dated: February 27, 2014        s/Gerald E. Rosen
                                GERALD E. ROSEN
                                CHIEF, U.S. DISTRICT COURT

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 27, 2014, by electronic and/or ordinary mail.

                                s/Holly Monda for Julie Owens
                                Case Manager, 313-234-5135